MARY L. CLARK, Respondent, v. JAMES M. CLARK et al.,
Appellants

*Clark* v. *Clark*, 157 App. Div. 929, affirmed.
(Argued June 7, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered June 11, 1913, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
Special Term, wherein it was adjudged that the written
agreement set forth in the complaint herein, and dated
November 9, 1909, be annulled, set aside and decreed to
be void on the ground that its execution was procured
by fraud on the part of the defendant James M. Clark.

*Arnold L. Davis, John S. Parker, David J. Newland*
and *Chase Mellen* for appellants.

*Danforth E. Ainsworth* and *Darwin W. Esmond* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.